No. 03–6725. SHARWELL v. KAISER PERMANENTE ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6836. WILLIAMS v. TIBBALS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6855. WANSING v. HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–6856. THOMPSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–6858. KUHN v. MILWAUKEE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–6859. LIGON ET UX. v. CHICAGO TITLE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 03–6871. DUKES v. WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6875. NELSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–6880. EDMOND v. NIGHTHAWK SYSTEMS, INC., DBA PRENTICE-HALL CORPORATION SYSTEM, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6895. MADSEN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 03–6912. RUBENZER v. SMITH, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 03–6999. PARSAD v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–7020. GEFFKEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7035. HOWARD v. HCHD/BEN TAUB HOSPITAL. C. A. 5th Cir. Certiorari denied.